**Order Terminating Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

## FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**　　)<br>　　　　　　　　　　　　　　　　　　)<br>　　　　　　v.　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>**Lowell Alan Baisden**　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　) | **Docket No.:  0972 1:15CR00003-001** |

On January 12, 2012, the above-named was sentenced in the District of Nebraska to Supervised Release for a period of 3 years.  Supervision commenced on October 31, 2014.  On January 7, 2015, jurisdiction transferred to the Eastern District of California – Fresno.

The supervisee has complied with the rules and regulations of Supervised Release and is no longer in need of supervision.  Assistant United States Attorney Steve Russell, from the District of Nebraska does not oppose early termination.  It is accordingly recommended that the supervisee be discharged from supervision.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ Sarah L. Kirk

　　　　　　　　　　　　　　　　　　SARAH L. KIRK
　　　　　　　　　　　　　　　　　　United States Probation Officer


Dated:　　June 14, 2016
　　　　　　Fresno, California
　　　　　　SLK/rmv


　　　　　　　　　　　　/s/ Tim D. Mechem
**REVIEWED BY:**　　**TIM D. MECHEM**
　　　　　　　　　　　　**Supervising United States Probation Officer**

1

**Re:** **Lowell Alan Baisden**
   **Docket No:   0972 1:15CR00003-001**
   **Report and Order Terminating**
   **Prior to Original Expiration Date**

---

## ORDER OF COURT

Pursuant to the above report, it is ordered that Lowell Alan Baisden be discharged from supervision, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

Dated:   June 16, 2016   _____
                                                                    SENIOR  DISTRICT  JUDGE